IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMPLAINT OF MURRAY AMERICAN RIVER TOWING, INC., as owner of certain barges, FOR EXONERATION AND LIMITATION OF LIABILITY | Civil Action No. 2:17-cv-01315 |
| COMPLAINT OF: CAMPBELL TRANSPORTATION COMPANY, INC. for Exoneration or Limitation of Liability | Civil Action No. 2:17-cv-01620 Consolidated at   2:17-cv-01315 |
| IN THE MATTER OF COMPLAINT OF GULF MATERIALS, LLC For Exoneration or Limitation of Liability | Civil Action No. 2:18-cv-01445 Consolidated at:  2:17-cv-01315 |

## ORDER OF COURT

AND NOW this  3rd   day of September 2021, upon consideration of the Notice of Order Lifting Stay of Proceedings and Motion to Re-open by Claimant, Tina Vahosky [ECF 49], it is hereby Ordered that said motion is GRANTED.  Accordingly, the Clerk shall administratively re-open this case.  Moreover, the April 11, 2019 Case Management is amended as follows:

Fact Discovery shall be completed on April 1, 2022.

Early ADR process shall be completed by April 1, 2022.

The parties shall submit proposed Expert Discovery and case management deadlines at the close of Fact Discovery on April 1, 2022.

  s/ David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   All counsel of record *via ECF*

{CLIENT FILES/8529/1/PLEAD/00113128.DOCX}